IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>    Plaintiff,<br><br>    vs.<br><br>M.T.A. BENNGE, et al.,<br><br>    Defendants. | 1:06-CV-00752-OWW-SMS-P<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

       2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account

statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 19, 2006**              /s/ Sandra M. Snyder
i0d3h8                         UNITED STATES MAGISTRATE JUDGE