IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>M. T. A. BENNGE, et al.,<br><br>　　　　Defendants. | 1:06-CV-00752-OWW-SMS-P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br><br>ORDER FOR CLERK TO SEND TWO COPIES OF THIS ORDER TO PLAINTIFF |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 19, 2006, the court ordered plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, or pay the $350.00 filing fee. On August 3, 2006, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915.

　　　　Plaintiff advises the court he has had difficulty obtaining the requested documentation. Plaintiff will be provided an additional opportunity to comply with the court's order to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $350.00 filing fee.

　　　　It is ultimately plaintiff's responsibility to comply with the court's order by following institutional procedures or otherwise assuring that the court receives the required documents or the filing

1  fee. Plaintiff is directed to provide a copy of this order to the prison trust office. Should plaintiff require
2  additional time to comply with the court's order, plaintiff should file a request for an extension of time.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma
5  pauperis, and two copies of this order. Plaintiff is to provide one copy to the prison trust office.
6          2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a
7  completed application to proceed in forma pauperis and an original certified copy of his prison trust
8  account statement for the six month period immediately preceding the filing of the complaint, or in the
9  alternative, pay the $350.00 filing fee for this action.
10         Failure to comply with this order will result in a recommendation that this action be dismissed.
11
12 IT IS SO ORDERED.
13 **Dated:   September 11, 2006**          **/s/ Sandra M. Snyder**
   i0d3h8                                  UNITED STATES MAGISTRATE JUDGE