UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>   Plaintiff,<br><br>   v.<br><br>M.T.A. BENNGE, et al.,<br><br>   Defendants.<br>_____ | 1:06-CV-00752-OWW-SMS-P<br><br>ORDER DENYING MOTION FOR COURT ORDER DIRECTING PRISON OFFICIALS TO COMPLETE AND MAIL APPLICATION<br><br>(Doc. 9) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983. On September 21, 2006, plaintiff filed a motion for a court order directing prison officials to complete and mail plaintiff's application to proceed in forma pauperis. On September 29, 2006, the application to proceed in forma pauperis was filed. Due to the fact that the application has been received and filed by the court, IT IS HEREBY ORDERED that plaintiff's motion for a court order directing prison officials to complete and mail plaintiff's application to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

**Dated:   October 10, 2006**              /s/ Sandra M. Snyder
i0d3h8                                        UNITED STATES MAGISTRATE JUDGE