# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>    Plaintiff,<br><br>    v.<br><br>M. T. A. BENNGE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00752-OWW-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE CASES, AND DIRECTING CLERK'S OFFICE TO FILE A COPY OF THIS ORDER IN CASE NUMBER 1:07-CV-01538-LJO-WMW AND THEN ADMINISTRATIVELY CLOSE THAT ACTION<br><br>(Doc. 25) |

Plaintiff Donald Jeffery ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2008, Plaintiff filed a motion seeking to consolidate case number 1:07-cv-01538-LJO-WMW *Jeffery v. Adams, et al.* with this case. Plaintiff contends that the claims in both actions arise from the same series of events and that the second action was filed in error, due to Plaintiff's mental health issues. Plaintiff seeks leave to file an amended complaint in this action setting forth all of his claims, which he subsequently did on March 25, 2008.

The Court has reviewed the complaint in case number 1:07-cv-01538-LJO-WMW and the third amended complaint filed in this action on March 25, 2008. The third amended complaint incorporates the claims raised in both actions, and Plaintiff's motion shall be granted.

///
///
///

1

1  Accordingly, Plaintiff's motion to consolidate case number 1:07-cv-01538-LJO-WMW with
2 this case is HEREBY GRANTED, and the Clerk's Office is DIRECTED to file a copy of this order
3 in case number 1:07-cv-01538-LJO-WMW and then administratively close that action.

IT IS SO ORDERED.

**Dated:   May 19, 2008**                            /s/ **Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE