# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY, | CASE NO. 1:06-cv-00752-OWW-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| M. T. A. BENNGE, et al., | (Docs. 26 and 28) |
| Defendants. | ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS |

Plaintiff Donald Jeffery ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 21, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection on June 13, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 21, 2008, is adopted in full;
2. This action shall proceed on Plaintiff's third amended complaint, filed March 25, 2008, against Defendants Wright and Cantu for use of excessive force;

1

3. Plaintiff's excessive force claim against Defendant Martinez is dismissed, with prejudice, for failure to state a claim;

4. Plaintiff's mental health care claim against Defendants Edger, Shaw, and Martinez is dismissed, with prejudice, for failure to state a claim;

5. Plaintiff's Eighth Amendment claim arising from the issuance of the rules violation and disciplinary proceedings is dismissed, with prejudice, for failure to state a claim;

6. Plaintiff's First Amendment and other claims, if any, arising from the inmate appeals process are dismissed, with prejudice, for failure to state a claim;

7. Plaintiff's denial of access to the courts claim arising from the dismissal of his habeas petition for failure to exhaust is dismissed, without prejudice;

8. Plaintiff's claim for injunctive relief is dismissed;

9. Defendants Edger, Shaw, Martinez, Hall, Adams, Grannis, Aguilera-Marrero, Smith, Hill, Rivera, Beeler, and Prud'homme are dismissed based on Plaintiff's failure to state any claims against them; and

10. This matter is referred back to the Magistrate Judge for the initiation of service of process.

IT IS SO ORDERED.

Dated:   **June 20, 2008**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

2