# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>              Plaintiff,<br><br>     v.<br><br>M. T. A. BENNGE, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:06-cv-00752-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF THIRD AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 26) |

Plaintiff Donald Jeffery ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 15, 2006. The Court screened Plaintiff's third amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a claim against Defendants Wright and Cantu for use of excessive force, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

   1.   Service shall be initiated on the following defendants:

---

[1] On June 23, 2008, Plaintiff's excessive force claim against Defendant Martinez, mental health care claim against Defendants Edger, Shaw, and Martinez, Eighth Amendment claim arising from the issuance of the rules violation and disciplinary proceedings, and First Amendment and other claims, if any, arising from the inmate appeals process were dismissed, with prejudice, for failure to state a claim; Plaintiff's denial of access to the courts claim arising from the dismissal of his habeas petition for failure to exhaust was dismissed, without prejudice; Plaintiff's claim for injunctive relief was dismissed; and Defendants Edger, Shaw, Martinez, Hall, Adams, Grannis, Aguilera-Marrero, Smith, Hill, Rivera, Beeler, and Prud'homme were dismissed based on Plaintiff's failure to state any claims against them. (Doc. 30.)

1

**WRIGHT**

**R. CANTU**

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed March 25, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:[2]

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed third amended complaint filed March 25, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 24, 2008**                               /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] On the summonses and USM-285 forms, Plaintiff should include Defendants' job titles (e.g., C/O) next to their names if known, and should include Wright's first initial if known. This information will help facilitate identifying and locating Defendants for service.