# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY, | CASE NO. 1:06-cv-00752-SMS PC |
|     Plaintiff, | ORDER GRANTING REQUEST FOR REFERRAL TO PRISONER PRO SE MEDICATION PROGRAM, AND CROSS-DESIGNATING CASE TO JUDGE KELLISON FOR SETTLEMENT TO BE CONDUCTED THE WEEK OF APRIL 27, 2009, AT CSP-CORCORAN |
|     v. | |
| M. T. A. BENNGE, et al., | |
|     Defendants. | |
| | (Docs. 46 and 49) |

On November 19, 2008, the parties filed a joint request for referral of this case to the Prisoner Pro Se Mediation Program with the Honorable Nandor J. Vadas. On January 13, 2009, Defendants filed a request that the case be referred to the Honorable Craig M. Kellison for mediation in light of information that Judge Kellison plans to conduct settlement conferences at California State Prison-Corcoran in March 2009, which is a prison closer to where Plaintiff is housed.[1]  Plaintiff did not file a response.  Local Rule 78-230(m).

The Court finds that Defendants have shown good cause for their request.  The Court has been informed by Judge Kellison's chambers that he will be conducting settlement conferences at CSP-Corcoran the week of April 27, 2009.  This case will be assigned a day and time for settlement at a later date.

///

---

[1] Plaintiff is currently housed at Kern Valley State Prison.

1

Accordingly, for good cause shown, it is HEREBY ORDERED that:

1. The parties' request for referral to the Prisoner Pro Se Mediation Program is GRANTED;

2. This case is cross-designated to the Honorable Craig M. Kellison for settlement purposes only; and

3. The settlement conference shall be conducted the week of April 27, 2009, before Judge Kellison at California State Prison-Corcoran.[2]

IT IS SO ORDERED.

**Dated:   February 10, 2009**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] By separate order issued at a later date, the transportation of Plaintiff for the settlement conference will be arranged.

2