# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>    Plaintiff,<br><br>    v.<br><br>M. T. A. BENNGE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00752-SMS PC<br><br>ORDER GRANTING REQUEST FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Doc. 53) |

On March 10, 2009, Defendants Knight and Cantu filed a request for the issuance of a writ of habeas corpus ad testificandum commanding the production of Plaintiff for the settlement conference set before the Honorable Craig M. Kellison at California State Prison-Corcoran. The Court has been informed by Judge Kellison's staff that the settlement conference is scheduled for 9:00 a.m. on April 29, 2009.

Accordingly, Defendants' request is HEREBY GRANTED, and a writ of habeas corpus ad testificandum shall be issued concurrently with this order.

IT IS SO ORDERED.

**Dated:   March 17, 2009**            **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE