# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>    Plaintiff,<br><br>    v.<br><br>M. T. A. BENNGE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00752-SMS PC<br><br>ORDER VACATING HEARING SET FOR AUGUST 14, 2009, AT 9:30 A.M., AND DIRECTING CLERK'S OFFICE TO SERVE A COPY OF THIS ORDER ON PLAINTIFF AT KERN VALLEY STATE PRISON<br><br>(Doc. 60)<br><br>Opposition Deadline: 08/03/2009<br>Reply Deadline: 08/11/2009 |

On June 25, 2009, Plaintiff's counsel filed a motion to withdraw as attorney of record for Plaintiff, and noticed the motion for hearing on August 14, 2009, at 9:30 a.m. This matter shall be submitted upon the record. Local Rule 78-230(h). Accordingly, it is HEREBY ORDERED that:

1. The hearing set for August 14, 2009, at 9:30 a.m. is VACATED;

2. Oppositions or statements of non-opposition to the motion must be filed on or before August 3, 2009;

3. The reply, if any, must be filed on or before August 11, 2009; and

4. The Clerk's Office shall serve a copy of this order on Plaintiff Donald Jeffery, CDCR# K-81749, at Kern Valley State Prison.

IT IS SO ORDERED.

Dated:   July 1, 2009                 /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE