# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY, | CASE NO. 1:06-cv-00752-SMS PC |
| Plaintiff, | ORDER STRIKING FILINGS |
| v. | (Docs. 66-72) |
| M. T. A. BENNGE, et al., | |
| Defendants. | |

_____/

Plaintiff Donald Jeffery is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 20, 2009, and July 31, 2009, Plaintiff filed a motion seeking leave to amend, objections to an earlier order striking his filing, and supporting documents. Effective April 28, 2009, attorney William L. Schmidt became counsel of record for Plaintiff, and as a result, filings made during the period of Plaintiff's representation by Mr. Schmidt must be made by and through Mr. Schmidt.

In a separate order issued concurrently with this order, the Court granted Mr. Schmidt's motion to withdraw as Plaintiff's counsel. Once the order granting the motion to withdraw is filed, Plaintiff may once again litigate this action on his own behalf.

///
///
///

1

Accordingly, Plaintiff's filings of July 20, 2009, and July 31, 2009, filed by Plaintiff and not through his counsel of record, are HEREBY ORDERED STRICKEN from the record. (Docs. 66-72.) The Clerk's Office shall serve a courtesy copy of this order on Plaintiff Donald Jeffery, CDCR #K-81749, at Kern Valley State Prison.

IT IS SO ORDERED.

**Dated:   August 20, 2009**                             /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE