# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>    Plaintiff,<br><br>    v.<br><br>M. T. A. BENNGE, et al.,<br><br>    Defendants.<br> | CASE NO. 1:06-cv-00752-SMS PC<br><br>ORDER STRIKING REQUEST FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT, AND DENYING REQUEST FOR SERVICE ON THIRD PARTY<br><br>(Doc. 82) |

On October 13, 2009, Plaintiff filed a request that his proposed fourth amended complaint be accepted, and a request that all filings be served on inmate Kevin D. Bryant, who is assisting Plaintiff with this action.

Plaintiff filed a motion seeking leave to file a fourth amended complaint on September 4, 2009. Defendants filed an opposition on September 25, 2009, Plaintiff filed a reply on October 23, 2009, and the motion was deemed submitted upon the filing of the reply.[1] Local Rule 78-230(m). Plaintiff's second request for leave to amend, filed on October 13, 2009, is inappropriate and will be stricken from the record. Plaintiff did not seek leave to file a supplemental to his motion, and requests for rulings on pending motions are not appropriate.

Plaintiff's request for service of documents on Mr. Bryant is denied. Mr. Bryant may not represent Plaintiff in this action, and is not entitled to service of documents in this action. Fymbo v. State Farm Fire & Casualty Co., 213 F.3d 1320, 1321 (2000); Johns v. County of San Diego, 114

---

[1] The opposition was re-served on Plaintiff on October 7, 2009, original service having been made in error on Plaintiff's former counsel of record. (Docs. 78, 79.)

F.3d 874, 876 (9th Cir. 1997); <u>C. E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697 (9th Cir. 1987).

For the reasons set forth herein, it is ORDERED that:

1. Plaintiff's request that his proposed fourth amended complaint be accepted is STRICKEN; and

2. Plaintiff's request that all filings be served on inmate Kevin D. Bryant is DENIED.

IT IS SO ORDERED.

**Dated:   November 17, 2009**            /s/ Sandra M. Snyder
                                                                       UNITED STATES MAGISTRATE JUDGE