# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENNGE, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-00752-GBC PC<br><br>ORDER GRANTING IN PART MOTION FOR COPIES OF COURT FILINGS, AND DIRECTING CLERK'S OFFICE TO SEND DOCUMENTS TO PLAINTIFF<br><br>(Doc. 104) |

　　　　Plaintiff Donald Jeffery ("Plaintiff") is a state prisoner proceeding pro se in and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On October 14, 2010, Plaintiff filed a motion for copies of court filings to replace his legal documents that were lost by prison staff.  The administrative appellate response from Kern Valley State Prison concluded that Kern Valley State Prison is to pay up to $200.00 (two hundred dollars) for all copies from the court.

　　　　This Court GRANTS IN PART Plaintiff's motion to the receive copies of court filings to the extent that he receives copies of relevant filings not exceeding the cost of $200.00.  Given the voluminous record, this Court will direct the Clerk's Office to provide the documents that it deems necessary (Documents 26, 34, 100 and the copy of the docket) for the Plaintiff to address the motion for summary judgment.  Plaintiff may request additional documents, being mindful of the $200.00 limit.  When requesting additional documents, Plaintiff should specify why specific documents are necessary to oppose the motion for summary judgment.

///

///

1

      The Clerk of the Court is HEREBY DIRECTED to send a copy of Document 26 (Amended Complaint), Document 34 (Second Informational Order), Document 100 (Motion for Summary Judgment) and a copy of the docket to the Plaintiff.

      IT IS SO ORDERED.

Dated:    November 8, 2010

                                            UNITED STATES MAGISTRATE JUDGE