# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY,<br><br>        Plaintiff,<br><br>    v.<br><br>BENNGE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00752-GBC PC<br><br>ORDER DIRECTING WARDEN KELLY HARRINGTON OF KERN VALLEY STATE PRISON TO PAY COSTS FOR COPIES OF LEGAL DOCUMENTS<br><br>(Docs. 104, 105) |

    Plaintiff Donald Jeffery ("Plaintiff") is a state prisoner proceeding pro se in and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On October 14, 2010, Plaintiff filed a motion for copies of court filings to replace his legal documents that were lost by prison staff. The administrative appellate response from Kern Valley State Prison (Appeal Log No: KVSP-0-10-00641) concluded that Kern Valley State Prison should pay up to $200.00 (two hundred dollars) for all copies from the court.

    On November 9, 2010, the Court granted in part Plaintiff's motion up to the cost of $200.00. Further, the Court ordered for copies of enumerated legal documents to be sent to the Plaintiff and left Plaintiff with the opportunity of selecting more documents if the need for additional documents are shown. The costs for the copies of the relevant legal documents sent to Plaintiff amounted to $86.50. A copy of the Kern Valley State Prison's appellate response (Appeal Log No: KVSP-0-10-00641) is attached.

///

///

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The current warden of Kern Valley State Prison, Kelly Harrington, is HEREBY DIRECTED to pay the Clerk's Office $86.50 made payable to the United States District Court for the copying costs of the legal documents; and

2. The Clerk of the Court is to serve a copy of this order on the current warden of Kern Valley State Prison, Kelly Harrington.

IT IS SO ORDERED.

Dated:   November 19, 2010

UNITED STATES MAGISTRATE JUDGE