UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JEFFERY, | CASE NO. 1:06-cv-00752-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE STATUS REPORT |
| v. | |
| BENNGE, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |
| _____/ | |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Donald Jeffery, a state prisoner proceeding pro se and in forma pauperis. On September 16, 2010, Defendants filed a motion for summary judgment. Doc. 100. On July 14, 2011, the Court issued an order granting Defendants' motion for summary judgment upon a finding that Plaintiff's excessive force claim was barred under *Edwards v. Balisok*, 502 U.S. 641 648 (1997), because Plaintiff had failed to set forth evidence demonstrating that his rule-violation conviction, arising from the same 2003 incident, had been invalidated. Doc. 116.

    On August 12, 2011, Plaintiff filed notice of appeal. Doc. 118. On May 15, 2012, the Ninth Circuit vacated and remanded the Court's order granting Defendants' motion for summary judgement. Doc. 124 *(Jeffery v. Bennge*, No. 11-16965 (9th Cir. May 15, 2012)). On appeal, Defendants acknowledged that their motion for summary judgment was granted in error because Plaintiff's rule violation conviction had in fact been invalidated before Plaintiff filed his § 1983 complaint. Doc. 124 *(Jeffery v. Bennge*, No. 11-16965 (9th Cir. May 15, 2012)).

1     Based on the foregoing, it is HEREBY ORDERED that: Parties are to submit a status report indicating whether they are prepared for trial or would wish to request additional time for dispositive motions.

IT IS SO ORDERED.

Dated:    June 25, 2012

                                UNITED STATES MAGISTRATE JUDGE